**R.M.F. GLOBAL, INC. and Greystone, Inc., Plaintiffs,**

**and**

**Innovative Designs, Inc., Plaintiff–Appellant,**

**v.**

**Elio D. CATTAN and Eliotex SRL, Defendants–Appellees.**

No. 2008–1387.

United States Court of Appeals, Federal Circuit.

Aug. 14, 2008.

James O. Guy, Albany, NY, for Defendants–Appellees.

Robert O. Lampl, Robert O. Lampl & Associates, Pittsburgh, PA, for Plaintiff–Appellant.

ON MOTION

*ORDER*

Upon consideration of Innovative Designs, Inc.'s motion to voluntarily dismiss its appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.